eral question.  *Bernard A. Golding* for appellant. ▮

No. 189.  MORRIS *v.* FORD MOTOR CO. ▮ *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.  *Morton A. Eden* for appellant.  *Clayton C. Purdy* and *Frederic S. Glover, Jr.* for appellee. ▮

No. 249.  HOLLIDAY ET AL. *v.* GOVERNOR OF SOUTH CAROLINA ET AL. ▮ *Per Curiam:* The motion to affirm is granted and the judgment is affirmed.  *Henry Hammer* for appellants.  *John M. Daniel,* Attorney General of South Carolina, *T. C. Callison* and *J. Monroe Fulmer,* Assistant Attorneys General, for appellees. ▮

No. 259.  HOTARD ET AL. *v.* NEW ORLEANS ET AL. ▮ *Per Curiam:* The motion for leave to file supplemental statement opposing jurisdiction, motion to dismiss or affirm and motion for damages are granted.  The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.  *Lester P. Schoene* for appellants. *Henry B. Curtis, David M. Wood, R. E. Milling, Jr., Harry McCall, Leonard B. Levy, J. Blanc Monroe, Walter J. Suthon, Jr., Arthur A. Moreno* and *James U. Ogden* for appellees. ▮

No. 265.  NORTH AMERICAN CO. *v.* KOERNER, JUDGE. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.